**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

YEBO "BORIS" CAO

           Plaintiff,

   v.

HARMONIA HOLDINGS LTD.

           Defendant.

------------------------------------- x

                              ORDER

                       25-cv-04662 (GBD)

GEORGE B. DANIELS, United States District Judge:

Because a settlement conference in this matter has been scheduled before Magistrate Judge

Parker on Thursday, April 23, 2026, the status conference before this Court originally scheduled for

March 4, 2026, is ADJOURNED without further date.

Dated: February 2 4 2026
New York, New York

                             SO ORDERED.

                             _George B. Daniels_

                             GEORGE B. DANIELS
                             UNITED STATES DISTRICT JUDGE