UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2026
```

YEBO CAO,

                    Plaintiff,

        -against-

HARMONIA HOLDINGS, LTD.,

                    Defendant.

**ORDER**

**25-CV-4662 (GBD)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       The Court is in receipt of the Parties' joint status update in compliance with the Court's April 23 Order.  The Court thanks the Parties for their updates.  However, the Parties are directed to the Court's Individual Rules regarding confidentiality and protective orders, specifically Rule II(d).  Parties are directed to resubmit their proposed protective order in compliance with the Court's Individual Rules by **May 15, 2026**.  Parties are also directed to provide an additional joint status update on the progress of discovery by **May 25, 2026.**

       **SO ORDERED.**

Dated:   May 11, 2026
          New York, New York

                                       KATHARINE H. PARKER
                                       United States Magistrate Judge