UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____6/30/2026_____
```

YEBO CAO,

                              Plaintiff,

              -against-

HARMONIA HOLDINGS, LTD.,

                              Defendant.

**SCHEDULING ORDER**

**25-CV-4662 (GBD)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Case Management Conference in this matter scheduled for **Monday, August 10, 2026, at 11:00 a.m.** is hereby adjourned to **Wednesday, August 19, at 2:00 p.m.** in Courtroom 17D, 500 Pearl Street, New York, NY 10007.  Additionally, by **August 12, 2026**, the Parties shall further meet and confer and provide an agenda and joint status update for the conference.

        **SO ORDERED.**

Dated:    June 11, 2026
          New York, New York

_____
        KATHARINE H. PARKER
        United States Magistrate Judge