USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/2026

States Courthouse

The Court grants the Parties' request. A joint status update and agenda for the upcoming case management conference will be due by **September 9, 2026**.

August 12, 2026

**Re:** ***Cao v. Harmonia Holdings, Ltd., et al.,*** **Docket No. 1:25-cv-04662-GBD-KHP**

Dear Judge Parker:

Pursuant to the Court's August 12, 2026 Order (ECF # 46) issued earlier today adjourning the August 19, 2026 case management conference to September 16, 2026, the parties respectfully request and propose adjourning the submission of their agenda for the case management conference and status report to September 9, 2026, one week before the conference.

Nonetheless, the parties update the Court as follows: The parties continue to meet and confer to resolve disagreements with respect to ESI search terms. In the event that Court intervention is required, we will contact the Court in advance of the case management conference.

Additionally, the parties anticipate responses to the issues raised in their respective deficiency letters by early next week, and are also working to schedule party and non-party depositions in September.

It is our expectation that the status of discovery today will be substantially different by September 16th. Consequently, a status letter submission one week prior to the September 16th conference will more accurately reflect the state of discovery and contain an agenda for the case management conference that fully addresses any remaining issues that require resolution.

Respectfully submitted,

/s/ Fred J. Skolnick, Esq.
Counsel for Plaintiff Yebo "Boris" Cao

/s/ Daniel C. Edelman, Esq.
Counsel for Defendant Harmonia Holdings, Ltd.

cc: Gary F. Graifman, Esq. (via ECF)
Mitch Kalcheim, Esq. (via ECF)

**APPLICATION GRANTED**

Katharine H Parker

**Hon. Katharine H. Parker, U.S.M.J.**

8/13/2026