UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEBO CAO, *Plaintiff*, *v.* HARMONIA HOLDINGS LTD., *Defendant*. | ORDER<br>25 Civ. 4662 (GBD) (KHP) |

**GEORGE B. DANIELS, United States District Judge:**

The final pretrial conference scheduled for November 25, 2026, is hereby cancelled.

**SO ORDERED.**

Dated: 10/6/2026
New York, New York

George B Daniels
GEORGE B. DANIELS
United States District Judge