USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YEBO CAO,

Plaintiff,

-against-

HARMONIA HOLDINGS, LTD.,

Defendant.

**ORDER**

**25-CV-4662 (GBD)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court is in receipt of Plaintiff's letter filed October 9, 2026. Insofar as the Plaintiff requests a clarification of the Court's September 17, 2026 Order, the Court clarifies that Defendant was supposed to have made rolling productions to have been substantially completed by October 7, 2026. The parties shall complete the depositions as scheduled, with or without documents. In lieu of a conference, Plaintiff may file a formal Rule 37 motion accompanied by a memorandum of law in accordance with this Court's Local Rules. Such motion is due two weeks from the date of this Order. Defendant will have two weeks to respond. No replies will be permitted.

The parties are advised that Rule 37 provides for an award of attorneys' fees to the winner of the motion and that any failure to comply with discovery orders and otherwise participate in discovery can lead to other sanctions. See Fed. R. Civ. P. 37. Accordingly, the Court encourages the parties to quickly resolve all outstanding discovery issues through a good faith meet and confer process.

**SO ORDERED.**

Dated: October 13, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge