USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YEBO CAO,

Plaintiff,

-against-

HARMONIA HOLDINGS, LTD.,

Defendant.

**ORDER**

**25-CV-4662 (GBD)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

At a conference today, the Court ordered the following with respect to discovery: All discovery deadlines are extended by 90 days. The Parties are further directed to meet and confer and provide a joint status update by December 10, 2026, specifically regarding any global resolution to this matter, whether the pleadings need to be amended to add any parties, steps to retrieve accounting documents from the Chinese accounting firms as discussed on the record, and future deposition dates. As it relates to Plaintiff's motion to compel, Plaintiff's motion is denied for the reasons set forth on the record, and Defendant is directed to confirm that its production is complete.

**The Clerk of the Court is directed to terminate the pending motions at ECF Nos. 62 and 65.**

**SO ORDERED.**

Dated: November 10, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge